IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION


LISA EVANS                                                                                    PLAINTIFF


v.                          NO. 4:22-cv-00563-PSH


KILOLO KIJAKAZI, Acting Commissioner of                                  DEFENDANT
the Social Security Administration


## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for plaintiff Lisa Evans.

IT IS SO ORDERED this 13th day of March, 2023.


_____
UNITED STATES MAGISTRATE JUDGE